RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 05/06/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 09-00124-11 |
| VERSUS | JUDGE DOHERTY |
| JULIAN ALBERTO VALENZUELA-BELTRAN | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for his Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and considering the objection filed by defendant, this Court concludes that the findings and recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein. Therefore,

**IT IS ORDERED** that the Motion to Suppress Evidence (Rec. Doc. 225) is **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 6 day of May, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 5/6/10
BY
TO